**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>JUDGE KAREN SPENCER MARSTON |
| ROBIN TABOR<br>　　　　　　Plaintiff(s)<br><br>v.<br><br>NOVO NORDISK, INC., and<br>NOVO NORDISK A/S,<br>　　　　　　Defendant(s). | COMPLAINT AND JURY DEMAND<br><br>CIVIL ACTION NO.: 26-5184 |

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff(s) named below, by and through the undersigned counsel, file(s) this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiff(s) adopt(s) and incorporate(s) by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected

Defendants and Causes of Action. Plaintiff(s) file(s) this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503).

## IDENTIFICATION OF PARTIES

### Plaintiff(s)

1.     Full (first, middle, and last) name of Plaintiff injured/deceased due to use of GLP-1 RA Product(s): _ROBIN TABOR_____.

2.     If applicable, full name(s) and representative capacity of Plaintiff s) alleging wrongful death claim: __N/A_____,
as _____ of the estate of _____, deceased.

3.     If applicable, full name(s) of Plaintiff(s) alleging survival claims, as permitted under state law(s): __N/A_____.

4.     If applicable, full name(s) of Plaintiff(s) alleging loss of consortium or loss of services: ___N/A_____.

### Defendant(s)

5.     Plaintiff(s)/Decedent's Representative is/are suing the following Defendant(s) (check all that apply):

__X__ Novo Nordisk Inc.

__X__ Novo Nordisk A/S

_____ Eli Lilly and Company

_____ Lilly USA, LLC

2

_____ other(s) (identify): _____

## JURISDICTION AND VENUE

6.      City and state of Plaintiff(s)' current residence (or in a case brought on behalf of a Decedent, Decedent's last permanent residence):

_____Manning, South Carolina_____    _____

7.      State where Plaintiff/Decedent was prescribed the GLP-1RA Product(s) at issue:

_____South Carolina_____

8.      State of Plaintiff's/Decedent's residence at time of their use of the GLP-1RA Product(s) at issue:

_____South Carolina_____

9.       City and state of Plaintiff(s)'/Decedent's residence at time of diagnosis of injury:

_____Manning, South Carolina_____

10.     Jurisdiction is based on:

_X_____          diversity of citizenship pursuant to 28 U.S.C. § 1332

_____ other (plead in sufficient detail as required by applicable rules):

_____

_____

11.     The District Court(s) where Plaintiff(s) might have otherwise filed this Short Form

3

Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

_____South Carolina District Court_____     _____

12.  Venue is proper in the District Court identified in Paragraph 11 because:

__X___ a substantial part of the events and omissions giving rise to Plaintiff(s)'

claims occurred there

_____ other (plead in sufficient detail as required by applicable rules):

_____

_____

13.  If applicable, identify the citizenship of any additional Defendant(s) named above:

_____N/A_____

4

**PRODUCT USE**

14.    Plaintiff/Decedent used the following GLP-1 RA Product(s) for which claims are being asserted in this case (check all that apply):

___X__ Ozempic (semaglutide)

_____ Wegovy (semaglutide)

_____ Rybelsus (oral semaglutide)

_____ Victoza (liraglutide)

_____ Saxenda (liraglutide)

_____ Trulicity (dulaglutide)

_____ Mounjaro (tirzepatide)

_____ Zepbound (tirzepatide)

_____ Other(s) (specify): _____

15.    To the best of Plaintiff(s)' knowledge, Plaintiff/Decedent used GLP-1 RA Product(s) during the following approximate date range(s) (month(s) and year(s)) (if multiple products, specify date range(s) for each product):

_Ozempic_____January_____2023_____through_____November_____2023

_____

_____

_____

**INJURIES AND DAMAGES**

16.    To the best of Plaintiff(s)' knowledge, as a result of using GLP-1 RA Product(s),

Plaintiff/Decedent suffered the following injuries, including their sequelae (check all that apply):

_____ Gastroparesis

__X__ Other gastro-intestinal injuries (specify) <u>Acute Cholecystitis</u>

_____ Ileus

_____ Ischemic Bowel/Ischemic Colitis

__X___ Intestinal Obstruction

___-___ Necrotizing Pancreatitis

__X__ Gallbladder Injury (specify) _____

_____ Micronutrient Deficiency

_____ Wernicke's encephalopathy

_____ Aspiration

_____ Death

__X___ Additional/Other(s) (specify): <u>Dysphagia with nocturnal vomiting</u>

17.    Plaintiff's/Decedent's injuries occurred in approximately (month and year)?

<u>11/12/2023 through present day</u> _____

_____

_____

_____

18.    In addition, as a result of Plaintiff's/Decedent's use of GLP-1 RA Product(s), Plaintiff(s) suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

_ X___ Injury to self

_____ Injury to person represented

_____ Economic loss

_____ Wrongful death

_____ Survivorship

_____ Loss of services

_____ Loss of consortium

_____ other(s) (specify): _____

**CAUSES OF ACTION**

19. In addition to adopting and incorporating by reference the Master Complaint as stated above, more specifically, Plaintiff(s) hereby adopt(s) and incorporate(s) by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

　_X___　Count I:　　Failure to Warn – Negligence

　_X___　Count II:　Failure to Warn – Strict Liability

　_X___　Count III:　Breach of Express Warranty/Failure to Conform to Representations

　_X___　Count IV:　Breach of Implied Warranty

　_X___　Count V:　Fraudulent Concealment/Fraud by Omission

　_X___　Count VI:　Fraudulent/Intentional Misrepresentation

　_X__　Count VII:　Negligent Misrepresentation/Marketing

　_X___　Count VIII: Strict Product Liability Misrepresentation/Marketing

　_X___　Count IX:　Innocent Misrepresentation/Marketing

　_____　Count X:　Unfair Trade Practices/Consumer Protection (see below)

　_X___　Count XI:　Negligence

　_X___　Count XII:　Negligent Undertaking

　_____　Count XIII: State Product Liability Act (see below)

　_____　Count XIV: Wrongful Death

　_____　Count XV: Loss of Consortium

　_____　Count XVI: Survival Action

　_____　Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

8

20.    If Plaintiff(s) is/are asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:*

    a.    Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

        N/A

    b.    Identify the factual allegations supporting those claims (by subsection, if applicable):

        N/A

*    *Plaintiffs asserting any such claims are on notice that "failure to identify [these claims] with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 74 n.33.*

21.    If Plaintiff(s) is/are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:*

    a.    Indicate the specific statute (including subsections) under which Plaintiff(s) is/are bringing such claims:

        N/A

9

_____

b. Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent failure to warn, fraud, etc.) that are subsumed within Plaintiff(s)' PLA claim:

_____

_____

_____

c. Identify the factual allegations supporting those claims:

_____

_____

_____

\*       *Plaintiffs asserting any such PLA claims are on notice that "failure to identify the PLA claims with the requisite specificity will result in the short form complaint being stricken with only one opportunity to amend." Opinion (ECF 465) at 76 n.35.*

22.    If pre-suit notice is required by statute, did Plaintiff(s) provide some form of separate pre-suit notice to Defendant(s)?   __N/A_____.   If so, attach such notice.

## RELIEF

Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiff(s) may be entitled.

## JURY DEMAND

Plaintiff(s) hereby demand(s) a trial by jury as to all claims triable by jury in this action.

10

Date: July 24, 2026

By: */s/ Charlotte Duddy*
Charlotte Duddy (Admitted *Pro Hac Vice)*
Wright McCall
5707 W. Interstate 10
San Antonio, Texas 78201
Phone: (205) 558 9000
Facsimile: (210) 734 9965
*cduddy@wrightmccall.com*
*Attorney for Plaintiff*